-1-

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LAMONT DAVIS,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>STEVEN SMITH, Warden,<br><br>　　　　　　Respondent. | Case No. 5:25-cv-01858-SPG-AGR<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered denying the Petition for Writ of Habeas Corpus, and this action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: January 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE